# EXHIBIT B

# ROXBURY RESILIENT TRANSPORTATION CORRIDORS
## Malcolm X Boulevard, Warren Street, and Melnea Cass Boulevard

The City of Boston has submitted this application for $25 million in funds from the federal RAISE program. Led by the Boston Transportation and Environment Departments, the City will partner with local residents and community organizations to apply the fund toward the planning, design and implementation of improvements for Warren Street, Malcolm X Boulevard, and Melnea Cass Boulevard in Roxbury.

Understanding that this project will only succeed by centering the voices of those who work, live, play, and travel along these corridors, no design decisions have been made as of yet. **Please note that any concepts included in the application are for illustrative purposes only as the planning and design will be done during the upcoming public process**. The project is expected to commence in Spring of 2023 with an inclusive community engagement process to determine a new vision for the future of the corridors. Key principles informing the work will include:

- Improve the quality of life for residents
- Improve safety for all those who use the corridor on a daily basis
- Proactively include approaches for climate resilience with green stormwater infrastructure, street trees, and “hot spot” heat mitigation
- Address parking and traffic flow concerns
- Prioritize public transit and non-vehicular modes of travel
- Address the historic legacy of inequities in investment experienced in Roxbury where the corridors are located.

The upcoming work will strive for a comprehensive solution that integrates affordable housing, prevents displacement, reduces heat island effects, contributes to a thriving small business community, and supports local artists. The three corridors are the primary roadways of the Roxbury neighborhood, the heart of the Black community in Boston. Today they are detracting from quality of life in the area. The wide, auto-centric thoroughfares of Melnea Cass Boulevard, Malcolm X Boulevard, and Warren Street are a result of eminent domain and block clearance during Boston’s urban renewal era of the 1960s.

The City of Boston is committed to racial equity, designing with and for the Roxbury community, reflecting the community’s diversity and culture, and honoring their past history as well as their ambitions for their future and engaging directly with users of all travel modes. The process will create opportunities for paid involvement of community members. An interdepartmental group of city and state agencies will ensure all work is coordinated.

2022 RAISE GRANT APPLICATION

# ROXBURY RESILIENT TRANSPORTATION CORRIDORS



**RAISE Funding Request**
**$25M**

**Total Project Cost**
**$34M**

**Local Matching Funds**
**$9M City of Boston**

**MAYOR MICHELLE WU**
**CITY OF BOSTON**
1 City Hall Square, Suite 500
Boston, MA 02201-2013
(617) 635-4500
mayor@boston.gov







100
Malcolm X Blvd.
PL
ROXBURY BRANCH
THE
Heart
& Soul
OF ROXBURY
Nubian
Square
Martin J. Walsh, Mayor
Parking
2 Hour
Limit
BLACK MARK
Almany Market
ATM - FRUIT - VEGETABLES - FOOD STAMP - LOTTERY

# TABLE OF CONTENTS

1. PROJECT DESCRIPTION . . . 1
1.1. Context & Significance . . . 1
1.2. Project Context . . . 2
1.3. Transportation Challenges . . . 5
1.4. Statement of Work . . . 5
1.5. Project Benefits . . . 10
1.6. Project Schedule . . . 11
1.7. Project History . . . 12
1.8. Related Projects . . . 13
2. PROJECT LOCATION . . . 15
3. GRANT FUNDS, SOURCES, & USES OF PROJECT FUNDS 16
3.1. Project Costs . . . 16
3.2. Sources and Use of Funds . . . 17
4. MERIT CRITERIA . . . 18
4.1 Safety . . . 18
4.2. Environmental Sustainability . . . 19
4.3. Quality of Life . . . 20
4.4. Improved Mobility and Community Connectivity . . . 21
4.5. Economic Competitiveness and opportunity . . . 23
4.6. State of Good Repair . . . 25
4.7. Partnership and Collaboration . . . 26
4.8. Innovation . . . 27
5. PROJECT READINESS: ENVIRONMENTAL RISK . . . 28
5.1. Project Schedule . . . 28
5.2. Required Approvals . . . 29
5.3. Assessment of Project Risks and Mitigation Strategies . . . 29
5.4. Technical Capacity . . . 30
6. BENEFIT-COST ANALYSIS . . . 30

# FIGURES

Figure 1-1 Project Location . . . . . . . . . . . . . . . . . . . . . . . . . 1
Figure 1-2: Land Uses and Landmarks Near the Project . . . . . . . . . . . . . 4
Figure 1-3: Daytime Heat 3pm, Roxbury . . . . . . . . . . . . . . . . . . . . 6
Figure 1-4: Project overview . . . . . . . . . . . . . . . . . . . . . . . . 8
Figure 1-5: Proposed Corridor Sections . . . . . . . . . . . . . . . . . . . . 9
Figure 1-6: Project Schedule . . . . . . . . . . . . . . . . . . . . . . . . 12
Figure 1-7. Aerial View, Roxbury, MA. . . . . . . . . . . . . . . . . . . . . 12
Figure 1-8. Leveraged Projects . . . . . . . . . . . . . . . . . . . . . . . 14
Figure 2-1: Areas of Persistent Poverty. . . . . . . . . . . . . . . . . . . . 15
Figure 2-2. MBTA Bus Service. . . . . . . . . . . . . . . . . . . . . . . . 15
Figure 4-1. Crashes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Figure 4-2. Stormwater Flooding . . . . . . . . . . . . . . . . . . . . . . 20
Figure 4-3. Social Vulnerability . . . . . . . . . . . . . . . . . . . . . . 21
Figure 4-4. Existing Bicycle Facilities . . . . . . . . . . . . . . . . . . . 23

# TABLES

Table 1-1: Guiding Documents for Project . . . . . . . . . . . . . . . . . . . . 3
Table 1-2: Current Conditions / Challenges and How Project Addresses Challenges 7
Table 1-3: Summary of Quantitative Benefits Over Project Life Cycle . . . . . . . 11
Table 3-1: Project Budget Summary by Corridor . . . . . . . . . . . . . . . . 16
Table 3-2: RAISE Federal and Non-Federal Budget Proposal . . . . . . . . . . . 17
Table 4-1: EJ Screen Analysis of the Census Tract . . . . . . . . . . . . . . . 22
Table 4-2 Estimated Travel Time and Vehicle Operating Cost Savings Benefits . 25

## ATTACHMENTS

1. Project Information Sheet
2. Narrative—Roxbury Resilient Transportation Corridors RAISE Grant Application
3. Benefit-Cost Analysis Report
4. Benefit-Cost Analysis Modeling Spreadsheets
5. Project Cost Estimate
6. Funding Commitment Letter
7. Letters of Support

# 1. PROJECT DESCRIPTION

## 1.1. CONTEXT & SIGNIFICANCE

The City of Boston is requesting $25 million in Rebuilding American Infrastructure with Sustainability and Equity (RAISE) funds for the Roxbury Resilient Transportation Corridors Project ("Project"). This project will complete a community-driven planning and design process leading to the construction a project that will:

- Improve the **quality of life** for residents
- Prioritize **public transit and non-vehicular modes of travel**
- Proactively include **innovative approaches for climate resilience** with green stormwater infrastructure and "hot spot" heat mitigation
- Address the historic legacy of inequities within **three key disadvantaged corridors** of the City of Boston

***The project will transform three auto-centric corridors to multimodal neighborhood green streets.***



FIGURE 1-1 PROJECT LOCATION




The three corridors are the primary roadways of the Roxbury neighborhood, the heart of the Black community in Boston. Today they are detracting from quality of life in the area. The wide, auto-centric thoroughfares of Melnea Cass Boulevard, Malcolm X Boulevard, and Warren Street are a result of eminent domain and block clearance during Boston's urban renewal era of the 1960s.

These corridors discourage pedestrian and bicyclist activity, neglect bus riders, and pose significant safety issues for the surrounding Roxbury community. **The City has identified each as part of its Vision Zero high crash network**. As a result of the land clearance in the 1960s, these corridors also lack the historic tree canopy of older Boston neighborhoods and are significant contributors to the heat island effect. Large expanses of asphalt are a heat risk for transit riders because of the lack of sufficient shade and shelter along key bus routes. Despite carrying significant bus ridership, the region's MPO identified two of the corridors (Malcolm X Boulevard and Warren Street) as **two of the top ten "high delay" corridors in terms of relative bus passenger hours in the city**[1].

The Project will result in a **complete transformation of these corridors** using the Complete Streets approach to design Climate Ready Streets that serve people and neighborhoods. Climate Ready Streets are streets designed in accordance with Climate Ready Boston's resilient infrastructure goals.

1 Prioritization of Dedicated Bus Lanes, CTPS Staff

The Project would create safe, high-quality access, incorporate climate resiliency measures, protect the health and safety of residents and commuters, and mitigate both stormwater-induced flooding and ground temperatures during a heat wave. Pedestrian-friendly crossings and sidewalks, bike lanes and facilities including bike share stations, mobility hubs, and safer crossings, now provide people-scaled streets encouraging residents to walk, bike, and use public transit safely. The transformed streetscape will also encourage preservation and growth of the neighborhood – serving small businesses.

## 1.2. PROJECT CONTEXT

The Roxbury neighborhood in the Project Area is an Environmental Justice Community (87% non-white persons and 54% with low income) as illustrated in Section 4.3. Its residents are heavily reliant on transit with **41% of the population using transit to commute to work,** considerably higher than the City (33%) and state (10%) average (See Table 4-1 for more Environment Justice demographics summaries). The Project will create safer connections to Massachusetts Bay Transit Authority (MBTA) Rapid Transit Stations, provide more comfortable bus shelters, and create dedicated bus corridors to better serve this disadvantaged community.

Like many Environmental Justice (EJ) communities, these corridors have **a history of inequitable infrastructure decisions and disinvestment, making new investments critical and consistent with the Biden-Harris Administration's Justice40 Initiative**. The Project is wholly within a mixed-use area of Boston, which houses a high proportion of the City's minority-owned businesses, nine schools, eight community centers, five grocers, five health centers, numerous centers of worship, and police and fire stations (Figure 1-2). This project will modernize and revitalize these long-neglected transportation assets that tie together transit-dependent neighborhoods with MBTA rapid transit and access to major employment centers in the Longwood Medical Center (LMA) and greater Boston. When transformed, streets will be people-scaled and encourage the preservation and growth of neighborhood-serving small businesses while building strategically on ongoing parallel City efforts.

Boston has a background of strong planning guidance including clear goals and targets as well as a policy to create a racial equity framework in approaching resilience, the City of Boston is well-positioned to frame the Project through both a **climate resilience and racial equity lens**. Alongside the City's transportation plan (Go Boston 2030) and framework for resilience (Climate Ready Boston), the City of Boston's RESILIENT BOSTON An Equitable and Connected City will guide the implementation of this Project through key goals and targets. (See Table 1-1).

This is not a standalone project, but rather an **integral part of overall multimodal regional plans** (See Figure 1-8). The three projects connect to Roxbury's **Nubian Square,** the MBTA's most active bus hub and rapid transit station. The City has recently invested in the streets and transportation links to Nubian Square and the area, is benefiting from increased economic development including new businesses, a new arts center, and transit-oriented development.

Further, improvements in these three corridors will draw Roxbury closer to rapid transit access as the corridors that comprise the Project today provide poor "last-mile" connections to Nubian Square and other key transit nodes. Key transit connections include the new Nubian Square to the **MBTA Silver Line Bus Rapid Transit (BRT)** service into downtown, which was completed in summer 2020. The Project corridors also connect to the **MBTA Orange Line** at the Ruggles and Roxbury Crossing stations that provide rapid transit connections to Downtown Boston, Back Bay, Somerville, Medford, and Malden. The Project will complement the Columbus Avenue Bus Priority Corridor project completed in 2021 (and soon to be expanded) realizing a high-quality Bus Rapid Transit connection to jobs and world-renowned healthcare services at the Longwood Medical Area (LMA), addressing inequities related to reliable, efficient transit service for all Bostonians.

TABLE 1-1: GUIDING DOCUMENTS FOR PROJECT

| City of Boston CLIMATE READY BOSTON | Roxbury Resilient Transportation Corridors Project |
|---|---|
| **Strategy 8: Expand the use of green infrastructure and other natural systems to manage stormwater, mitigate heat, and provide additional benefits** | Project incorporates extensive green infrastructure to manage stormwater, mitigate heat, and provide additional buffers for non-motorized travelers |
| City of Boston RESILIENT BOSTON | Roxbury Resilient Transportation Corridors Project |
| **GOAL 4.1 Develop a redundant and reliable public transportation network to provide equitable accessibility for all Bostonians.** | |
| Target: Ensure that every home in Boston will be within a ten-minute walk of a rail station or key bus route stop, Hubway (BlueBike) station, and carshare by 2030 | Expands car share and bike share stations on three corridors; and provides safer access to transit |
| Target: Decrease average commute times for families of color by 15 percent | Improves bicycle facilities for commuting and access to bus stops on three corridors |
| **GOAL 4.2 Prepare for the impacts of climate change and other threats while accelerating sustainable infrastructure, environment, and communities.** | |
| Target: Increase the tree canopy coverage, number of cool roofs, and number of neighborhood groups with established plans for coping with urban heat island effects in neighborhoods threatened by extreme heat | Preserves and increases number of street trees on three corridors; incorporates green infrastructure for stormwater management |
| Target: Increase the number of resilient and accessible green spaces in underrepresented communities | Preserves and increases number of street trees on three corridors; incorporates green infrastructure for stormwater management |
| Go Boston 2030 Plan Projects | Roxbury Resilient Transportation Corridors |
| Creation of a microHUB (GoHub!) kiosks providing realtime interactive information to help people make informed choices and increase confidence in multimodal trips | Project Proposed Mobility hub locations:<br>▸ Melnea Cass / Washington St<br>▸ Malcolm X / Tremont St/Columbia Ave<br>▸ Malcolm X / Washington St<br>▸ Warren St / Quincy St<br>▸ Warren St / Blue Hill Ave |
| Protected bike lanes on Melnea Cass Blvd; Warren Street; and Malcolm X Blvd | ▸ Creation of protected bike lanes on Malcolm X Blvd and Melnea Cass Blvd |
| Expansion of the Boston bikesharing program | Expansion of Bikeshare Locations on the Project Corridors |
| Green Links | ▸ Green links to the Emerald Necklace and the Boston Harbor on Malcolm X Blvd<br>▸ Proposed Greenway on Melnea Cass Blvd |
| Priority Bike Corridors | ▸ Malcolm X Boulevard<br>▸ Melnea Cass Boulevard |
| Smart Signals Corridors | ▸ Nubian Square<br>▸ Warren Street<br>▸ Melnea Cass Boulevard |
| Vision Zero Boston | Roxbury Resilient Transportation Corridors |
| Action Area: Reducing Speeds and Building Safer Streets | Protected bike lanes, rapid flashing beacons, narrower lanes, and upgraded signals and crossings providing safer bicycle and pedestrian crossings across all three corridors |

FIGURE 1-2: LAND USES AND LANDMARKS NEAR THE PROJECT



In March 2022 Boston expanded its nationally recognized free-fare pilot to include free service on MBTA Routes 23, 28, and 29, some of the busiest in the City.[2] **Both Routes 28 and 23 would become more efficient for riders by using the transit infrastructure proposed for Malcolm X Boulevard and Warren Street as part of the Project**.

The Project will build on **years of extensive community engagement for transportation, resilience, green infrastructure, and equity** and will incorporate community feedback into the design. In conjunction with the neighborhood and regional transportation improvements described above and in more detail in Section 1.8, the Project **corrects long-standing infrastructure challenges and fills critical needs to improve the City's transportation, recreation, public health, environmental, and equity outcomes.**

## 1.3. TRANSPORTATION CHALLENGES

The primary challenges of all three corridors are that they **do not provide safe, adequate, and reliable facilities for people to use to walk, roll, bike, or ride transit.** The over-scaled roadways diminish the quality of life for area residents, discourage use of public transportation, and pose significant safety issues for all modes of mobility. The three corridors are all in formerly redlined areas, disproportionately affected by climate change, with increasingly higher temperatures than the rest of Boston during a heat wave and significant exposure to stormwater flood risk.

As evidenced by a 2019 **Livable Streets Alliance** study, there is a real and quantifiable equity gap in the provision of quality service throughout the MBTA bus network.[3] This Study created an index value for each bus line based on percentages or absolute numbers of people of color, low-income (household incomes less than $43,500 per year), and very low-income riders (annual household incomes less than $14,500). Routes with the highest index values were identified as the most important for underserved riders. The study identified **Roxbury bus corridors Route 15, Route 23 and 28 as the most important bus lines for underserved riders.** Bus delays served as one of the primary contributors to the following key finding: relative to their white, affluent counterparts, **black bus riders spend nearly 64 more hours each year on crowded buses in Boston**.

The three corridors also **act as hot spots in the City**, which has a detrimental impact on overall health while simultaneously deterring people from using active transportation modes like walking, biking, or walking/biking to a bus. According to the City's Roxbury Heat Resiliency study, **the areas surrounding the Roxbury Resilient Transportation Corridors are typically two to five degrees hotter than the median area in Boston** and increase the amount of fatigue associated of residents commuting during hotter days in Boston.[4] See Figure 1-3.

Further contributing to the heat island effect, these corridors often do not benefit from the tree canopy and shade benefits of higher income Boston neighborhoods. According to the Boston Tree Canopy survey, **very few mature trees of 12 inches or more in diameter, are located on Warren Street and no trees of 12 inches or more in diameter are located on Malcolm X Blvd**.[5] The lack of historic tree canopy is yet another unfortunate byproduct of block clearance during the 1960s Urban Renewal era.

## 1.4. STATEMENT OF WORK

The Project will **recast three vital corridors from auto-oriented hot spots to multimodal greenways and transit links using the latest innovations in green infrastructure and street design.** The planning process to develop final designs will not only be inclusive, it will be **engaging and community-building**. By

2 Free Route 23, 28, and 29 Bus Program

3 Livable Streets Alliance. 64 Hours: Closing the Bus Equity Gap. September 2019.

4 Heat Analysis of Roxbury, City of Boston data accessed April 2022

5 Urban Forest Plan, Public Tree Inventory

FIGURE 1-3: DAYTIME HEAT 3PM, ROXBURY




September 2028, the community will be able to use Warren Street for speedy transit connections or a walk with a friend, Melnea Cass Boulevard for a bike ride with the kids, and Malcolm X Boulevard for a quick walk or bus ride to the Orange Line or to school.

The City of Boston has completed preliminary community engagement for aspects of the Project as detailed in Section 1.6 Project History. More extensive community engagement will be conducted to ensure successful implementation of this wide-reaching project. Specifically, the scope of this project is envisioned to include:

- **Community engagement and design**. Important work will be done on creative and proactive approaches to engagement on each corridor, such as hands-on workshops, partnering with community groups, and stakeholder corridor walks to identify issues and opportunities.
- **Concept design process.** Work with the community to identify multiple concepts that meet goals, and study drawbacks and opportunities.
- **Design and permitting**. Completion of the final design and any permitting necessary.
- **Construction.** The Project will include stormwater, pedestrian and bicycle infrastructure upgrades, paving, and reconstruction of portions of the roadways.

The following outlines the vision and construction details for each corridor:

**Warren Street: A "Cool" Transit Link:** Includes center-running bus lanes for the majority of the street, with consolidated, high-quality stops, and street trees and plantings to address air quality and shade issues. Construction details of the Warren Street segments include the following:

- Warren Street (generally north of Martin Luther King Jr. Boulevard) would receive a full depth reconstruction with center running bus lanes and eight bus platforms. The reduction in roadway width allows for construction of sidewalk level bike lanes on both sides of the street and additional green space. Existing curbing would be removed and reset to accommodate the proposed widths and will require new drainage locations on both sides of the corridor and at the bus platform locations.
- Warren Street (generally south of Martin Luther King Jr. Boulevard) would be reconstructed with a mill and overlay of the existing pavement. The roadway curb to curb width would be narrowed with bike lanes in each direction, a parking lane/bumpouts and two drive lanes. The existing curbing would be removed and reset and will require new drainage locations on both sides of the corridor segment.

**Malcolm X Boulevard: A Bicycle and Transit Corridor:** Dedicated bus lanes and a two-way cycletrack turn Malcolm X Boulevard into a multimodal arterial that allows people to access

TABLE 1-2: CURRENT CONDITIONS / CHALLENGES AND HOW PROJECT ADDRESSES CHALLENGES

| Roxbury Corridor Challenges Today | Neighborhood Impact | Roxbury Resilient Transportation Corridor Benefits | Neighborhood Impact |
|---|---|---|---|
| Wide, **auto-centric** design | Divides neighborhood | More space for people walking, biking, and taking transit | Safe, comfortable connections for the 30% of area residents who do not own a car |
| Significant transit delay in terms of person-hours | Adds to commuting burdens of primarily low-income transit users | Dedicated bus corridors and cool bus stop design increase reliability, frequency and comfort of bus travel | Reduced travel burden for low-income transit users allowing for time savings in commuting and higher quality experience |
| Identified as a Vision Zero high crash network | Creates unsafe conditions for all modes of transportation | Protected intersections, safe mid-block crossings, and protected bike lanes | Safer environment for all users, particularly for most vulnerable populations reliant on transit, walking, and biking |
| Lack of accessibility for all users | Establishes barriers to transportation for users of different abilities | Universal design features, wide paths, and ADA-accessible street crossings and bus shelters | Increased use by everyone, including children, people with disabilities, and seniors |
| Wide corridors of expansive pavement | Contributes to hot spots in neighborhood | Increases overall green space, preserves and increases tree canopy contributing to cooling effects | More comfortable environment for residents and non-motorized travelers |
| Flood-prone areas of roadways | Deteriorates City infrastructure due to flood-related damage and risks health and safety of residents | Extensive use of green infrastructure and stormwater management | Safer environment with cooling benefits for residents and longer life of project |
| Disconnected transportation network | Creates barriers to access to all modes of transportation | Use of transit hubs, car share, and bike share | Creates seamless transitions between public infrastructure projects in neighborhood and greater transportation network |
| Concentration of urban "hot spots" without shade | Makes walking and biking unattractive options, health impacts | Significant additional shade from trees and bus shelters, "cool" pavement at bus stops | Reduced heat stress |

transit at Nubian Square and Roxbury Crossing. A cycletrack nestled in a tree belt will not only mitigate stormwater runoff but fights today's "hot spots", improving public health and safety while addressing climate resilience.

Malcolm X Boulevard would receive a full depth reconstruction with a reduced roadway width to accommodate a 12-foot sidewalk level bike path on the south side, a 7-foot sidewalk on the north side and additional green space. The curb on both sides of the roadway would be removed and reset which requiring new drainage inlet locations for the entire corridor.

**Melnea Cass: A Neighborhood Greenway:** The community is very strongly attached to the existing trees, so the design reclaims some travel lane space for added green space, enhancing the existing two-way bicycle path. Protected intersections for bicycles ensure that people on bikes or walking can safely cross the street, particularly to points south of the road from the bicycle facility on the north (a challenge today). The road diet tames an urban highway into a neighborhood street.

FIGURE 1-4: PROJECT OVERVIEW



## FIGURE 1-5: PROPOSED CORRIDOR SECTIONS

### Existing:

- *2 vehicle lanes in each direction*
- *Narrow two-way shared use path*
- *No stormwater features*
- *No bicycle facility S side*
- *Historic trees*




MELNEA CASS

### Existing:

- *2 vehicle lanes in each direction*
- *Parking lane on both sides*
- *No transit lanes and limited bus shelters*
- *Minimal plantings*
- *No stormwater management*




MALCOLM X

### Existing:

- *2 vehicle lanes in each direction*
- *Turning lanes*
- *Parking lanes*
- *No transit lanes and limited bus shelters*
- *No stormwater management*
- *Unprotected bicycle facilities*




WARREN ST AT BUS STATION (NORTH END)




WARREN ST (NORTH END)

### Existing:

- *One wide lane in each direction*
- *Parking lanes*
- *No stormwater management*
- *Sharrows*




WARREN ST (SOUTH END)

Beyond their unique characteristics, what brings these corridors together is the application of innovative technologies to speed travel times, improve neighborhood connectivity monitor impacts, and otherwise tackle stormwater and heat impacts.

The roadway width would be narrowed by removing and resetting the existing curb on the south side of the road, and the roadway would be reconstructed with mill and overlay of the existing pavement. Narrowing the roadway allows for the construction of a 5-foot sidewalk level bike path and 10-foot bioretention swale on the south (eastbound) side of the roadway. The new curb location requires new drainage inlet locations along the south side. The existing greenway on the north side would be repaved, and all ramps would be reconstructed for ADA compliance. Reconstruction depths in this area will be minimized to ensure the survivability of the existing mature street trees.

Additional Project Design Elements include:

- **BlueBikes station expansions.** Boston's nationally recognized bikeshare system has key gaps along these corridors, and this is an opportunity to fill those in.
- **GoHubs! with EV Charging**. Boston launched a pilot program in East Boston, installing transit hubs (called GoHubs!) in eight locations. This project expands this program to Roxbury incorporating GoHubs! with EV charging stations across all three corridors.
- **Coordinated and upgraded signals.** Implementation of Transit Signal Priority (TSP) at key intersections, phasing modifications that reduce multimodal angle-crash conflicts, Leading Pedestrian Intervals (LPI) that enhance visibility for people walking, and planned installation of 5G telecom infrastructure.
- **Resilient bus stops.** Bus stops are a premier opportunity to incorporate shade, "cool" pavement treatments, and installation of both heat and air quality sensors to monitor improvements and inform other capital planning efforts citywide.
- **Safe, comfortable crossings.** High visibility crosswalks, narrowed turning radii, protected bicycle movements, Universal Design elements such as warning strips and audible signals, RRFB in key places, and LPI installation will drastically increase the connectivity of these roads that today act as barriers.

## 1.5. PROJECT BENEFITS

As detailed in Attachment 3, Benefit-Cost Analysis Report and summarized in Table 1-3, the project will generate total benefits of $123,843,407 over its 20-year life cycle. Almost a third of these benefits will stem from **crash reductions** alone. The project will address the sites of five (5) fatalities due to crashes, the majority of which were people walking.

Safety benefits represent 47% of benefits; transit travel time savings along the corridors represent 32% of benefits; bike/ped/bus amenity improvements are 17% of benefits; while savings in emissions reduction, stormwater runoff, public health, reduced noise and pavement damage avoidance round out the benefits. There is projected to be **a significant increase in bicycling, walking/rolling, and taking transit** as a result of the new bicycle and pedestrian infrastructure including up to 117,000 new trips by bike annually as a result of the Project.

Dedicated bus lanes are projected to result in **peak hour travel time savings of up to 5 minutes per trip** in the afternoon peak, for an annual peak hour time travel savings of up to 363,000 person/hours due to the project. In addition to saving time, the addition of dedicated bus lanes and bus shelter amenities is anticipated to result in approximately 800,000 new transit trips annually.

The multimodal road diet combined with new pedestrian and bicycle facilities will **enhance safety for all users**. Bus stops will be located at signalized crossings allowing bus riders including seniors and people with disabilities, to have safe, crossing locations at bus platforms. Bus platforms will provide a substantial pedestrian refuge near the middle of the roadway on Warren Street for all pedestrians.

TABLE 1-3: SUMMARY OF QUANTITATIVE BENEFITS OVER PROJECT LIFE CYCLE

*(in units of 2020$ (rounded), discounted by prescribed 7%, with the exception of emissions reductions at 3%)*

| Description | Value |
|---|---|
| Benefit 1: Improved Traffic Safety | $57,608,000 |
| Benefit 2: Emissions Reduction | $326,000 |
| Benefit 3: Stormwater Runoff Reduction | $48,000 |
| Benefit 4: Travel Time Savings - Transit | $39,776,000 |
| Benefit 5: Bike/Pedestrian/Bus Amenity Improvements | $21,712,000 |
| Benefit 6: Public Health Benefits (Improved Health) | $1,214,000 |
| Benefit 7: Reduced Noise Pollution | $11,000 |
| Benefit 8: Vehicle Operating Cost Savings | $2,833,000 |
| Benefit 9: Pavement Damage Avoidance | $315,000 |
| **Total Benefits** | **$123,843,000** |
| | |
| Capital Costs | $21,491,000 |
| Ongoing Costs | (597,000) |
| Residual Value | $0 |
| Total Costs | $20,894,000 |
| | |
| **BENEFIT COST RATIO (BCR)** | **5.79** |
| **NET PRESENT VALUE (NPV)** | **$102,949,000** |

In addition to encouraging transit use, the project is anticipated to greatly expand walking and biking as noted in Table 1-4. The addition of healthy transportation options for residents will also have qualitative benefits in helping to provide healthy exercise options in the neighborhood.

In addition to quantitative benefits, the project will realize the following qualitative benefits:

- Long-term **vitality of the commercial corridors,** which lie within two Opportunity Zones, by reducing air quality impacts, enhancing transit connections; and providing pedestrian and bicycle infrastructure
- Creates an opportunity to **increase bus frequency** to address latent demand in transit-dependent areas along the corridors that already feature high service volumes;
- Increased appeal and use of active transportation modes, which **improve public health** outcomes while **minimizing transportation-related environmental impacts**;
- Opportunities for **higher income jobs for local residents** by providing direct, safe connections between the educational institutions and workforce development centers on the Corridors and regional job centers;
- **Minimized health and economic impacts of climate change and high heat indices** for those living along the corridors through the employment of heat-reducing and resiliency design features

## 1.6. PROJECT SCHEDULE

The City has embarked on multiple initiatives founded in unique, engaging, and wide-reaching public outreach in Roxbury to ensure **all voices in the neighborhood are heard.** This starts with the City's foundational Go Boston 2030 and Imagine Boston processes, which heard from over 15,000 voices.

Understanding that quality engagement takes time, the planning process is envisioned to last about two years, with a year of formally

FIGURE 1-6: PROJECT SCHEDULE




working through issues and opportunities before beginning concept design.

As illustrated in Figure 1-6, the City is realistic in its conservative approach to the project schedule, with final design and permitting beginning in 2024 and taking a little more than a year to complete. Construction will take approximately 24 months, commencing in the fall of 2026 and ending in the fall of 2028. This strategy allows for time buffers while still **obligating funds well in advance of the statutory deadline, September 2026.**

## 1.7. PROJECT HISTORY

As noted earlier, the area of Roxbury has been the site of urban renewal efforts that resulted in the clearance of large tracts of land in the 1960s, namely for the planned Inner Belt interstate highway. Community members successfully protested halting the plan to build the highway through the historically Black Roxbury neighborhood but not before the state's eminent domain seizures had cleared land for the project. Melnea Cass Boulevard was later constructed in the planned road's right-of-way.

Because of its known safety issues, the City and the Massachusetts Department of Transportation (MassDOT) began planning for a complete reconstruction of Melnea Cass Boulevard in 2011. The design process illuminated **a community desire for the preservation of the mature street trees** planted at the time of the original boulevard construction to preserve shade and tree canopy. This will become a tenet of any future redesign.

The City of Boston has also recently embarked on a public engagement process to hear from residents on what they would like to see on Roxbury Corridors, including Malcolm X Boulevard and Warren street. The Project brings together both the Melnea Cass Reconstruction Project and the Roxbury Transportation Corridors Project to the next stage of planning, design, and construction, incorporating the public feedback and lessons learned during these prior planning processes.



Blocks were cleared to make way for the planned but never built freeways, later replaced by Melnea Cass Boulevard. Photo courtesy of Cambridge Historical Society.

## 1.8. RELATED PROJECTS

This project is one part of the City's investment in the Roxbury neighborhood; in parallel the **City of Boston is also reconstructing other major corridors that connect Melnea Cass Boulevard, Malcolm X Boulevard, and Warren Street and prioritize transit and active travel.** As shown on Figure 1-4, each of these projects either runs along or adjacent to the Project thereby extending the project's proposed treatments to provide better connectivity for transit services and active transportation facilities. **Of particular importance and at the heart of the Roxbury Resilient Transportation Corridors is the Nubian Square Design Project (in construction).** This project includes the streets adjacent to Nubian Square bolstering the ongoing municipal and private investment projects. The project will include improvements for traffic and parking; buses, pedestrians, and bicycles; accessibility, and the overall safety and beauty of the streets and sidewalks. The bike lanes will directly connect with the proposed lanes on Warren and Malcolm X. The bus station at Nubian Square is among the busiest in the entire MBTA system.[6]

Additional summaries of related efforts and their relevance is as follows:

*MBTA & BTD Partnership Projects*

- Columbus Avenue Bus Priority Corridor—Construction is completed for dedicated median bus lanes to provide bus speed, reliability and safety improvements along a key avenue just west of the corridor serving as a key link between the Roxbury Resilient Transportation Corridors and the Orange Line and Longwood Medical Area (LMA).



Newly installed infrastructure for bikes in Nubian Square

- Blue Hill Avenue Transportation Action Plan - The Blue Hill Avenue Transportation Action Plan seeks to improve the experience of all corridor users. The City recently and successfully sought RAISE grant funding for this transformative project.
- Mattapan to Longwood Medical Area Rapid Bus—Project to create a crosstown bus connection between the project corridor and the LMA's world-class medical facilities.

*Boston Transportation Department (BTD)*

- Fare Free Route 23, 28, and 29 Bus Program (operating). The City funded the MBTA to run these three extremely high ridership routes without a fare, several of which run on the Roxbury Resilient Transportation Corridors.
- Roxbury Transportation Corridors. *Described in Section 1.7*
- Nubian Square Design Project (in construction) - *Described in Section 1.8*
- Warren Street Traffic Signals Improvement Project. Connects traffic signals along the Blue Hill Avenue and Warren Street corridors to the BTD Traffic Control Center, allowing real-time adjustments of traffic signal timing for operational and incident management.
- Extend and Connect Greenways in Boston (planning)— Will develop new paths along BHA and other roads to unite Boston's linear parks with the Neponset River Greenway, which runs behind Mattapan Station.
- Roxbury to Fenway Connector (planning) - Green Link that would include a path between the existing double row of trees on Ruggles Street between Ruggles Station and Parker Street.

6 MBTA, MBTA Bus Ridership by Time Period, Season, Route/Line, and Stop

- [Columbia Road Greenway] -(planning) Will create a neighborhood-friendly multimodal corridor to connect BHA/Franklin Park with the bayside Moakley Park.

- Neighborhood Slow Streets targeted interventions that slow speeds and improve safety. Slow streets interventions near the Project include:

  - Moreland St and Mount Pleasant Ave Neighborhood Slow Streets

  - Highland Park Neighborhood Slow Streets

  - Grove Hall Neighborhood Slow Streets

*Boston Planning & Development Agency (BPDA)*

- Nubian PLAN—A City planning initiative that seeks offer the City and community the opportunity to think strategically about the types of uses, public realm, and scale of development that are best suited for the future of the area.

*BTD/MassDOT Partnerships*

- Roxbury Safe Routes to School Safety Project - Plans for slowing speeds and creating safer crossings around Ellis Elementary School in Roxbury.

*Boston Environment Department*

- Climate Ready Boston—Comprehensive set of strategies to ensure residents can thrive in the face of climate change, including by addressing risks associated with extreme heat and extreme precipitation.

- Heat Resilience Solutions for the City of Boston – Planning initiative that offers a range of strategies, including cool commutes, to address the effects of chronic and extreme heat stress on residents, buildings, and infrastructure, with a focus on environmental justice communities in Boston.

*Boston Parks and Recreation Department*

- Urban Forest Plan—Plan is currently underway and offers a range of strategies to improve and maintain Boston's urban tree canopy, in order to improve air quality, mitigate the effects of extreme temperatures, and improve quality of life.

FIGURE 1-8. LEVERAGED PROJECTS




*Planning initiatives and projects supporting the Roxbury Corridors project include:*

1. *Columbus Ave Bus Priority Center*
2. *Blue Hill Ave Transportation Action Plan*
3. *Franklin Park Master Plan*
4. *Nubian Square Design Project*
5. *Roxbury to Fenway Connector*
6. *Columbia Road Greenway*
7. *Neighborhoods Slow Streets - Grove Hall/Quincy Corridor*
8. *Neighborhoods Slow Streets - Highland Park*
9. *Neighborhoods Slow Streets - Moreland St*
10. *Roxbury Safe Routes to School Safety Project*
11. *Nubian PLAN*

# 2. PROJECT LOCATION

The Roxbury Resilience Corridors Project is situated entirely within the Boston, MA-NH-RI Urbanized Area and includes a 0.88-mile section of Melnea Cass Boulevard; a 0.46-mile section of Malcolm X Boulevard; and a 1.28-mile section of Warren Street (see Figure 1-2). At its center, the project links to Nubian Square Rapid Transit station and the Nubian Square Design Project, a complete streets initiative for the streets adjacent to Nubian Square. The Project runs along key MBTA corridors. There are 11 distinct census tracts (CT) as defined by the US Census Bureau, CTs 801, 803, 804.01, 805, 806.01, 814, 817, 818, 819, 820, 821. Along the three corridors, all of these are Areas of Persistent Poverty (APP) and Historically Disadvantaged Communities (HDC) as defined per USDOT's HDC tool and per USDOT's definition of Area of Persistent Poverty[1]. (Figure 2-1)

The Project area also includes two designated Opportunity Zones covering the areas adjacent to Malcolm X Boulevard and Melnea Cass Boulevard as illustrated in Figure 2-1.

There are 11 bus routes operating along all or part of the corridors (See Figure 2-2 – MBTA Bus System Map). Malcolm X Boulevard accommodates 6 bus lines; Warren Street serves 5 bus lines; and Melnea Cass Blvd, 4 bus lines. All bus lines provide connections to the area MBTA Rapid Transit stations and to greater Boston and beyond. Overall **the bus lines on these corridors carry over 20,000 riders daily** in the largely minority neighborhood of Roxbury. In addition to these bus lines, the Project area is framed by the Roxbury Crossing, Ruggles, and Nubian Square MBTA Rapid Transit stations for the Orange Line and Silver Line.

As shown on Figure 1-2, the land surrounding the three corridors represent a mix of uses: residential, retail, government, educational, and mixed uses. Specifically, the Project will **link up Roxbury's important institutions**, including

1 USDOT, Areas of Persistent Poverty & Historically Disadvantaged Communities

FIGURE 2-1: AREAS OF PERSISTENT POVERTY




FIGURE 2-2. MBTA BUS SERVICE



TABLE 3-1: PROJECT BUDGET SUMMARY BY CORRIDOR

| Description | Melnea Cass | | Malcolm X | | Warren St | |
|---|---|---|---|---|---|---|
| | Quantity | Cost | Quantity | Cost | Quantity | Cost |
| **Roadway/Sidewalk Construction** | | $1,509,255 | | $2,560,260 | | $7,196,115 |
| **Mobility** | | | | | | |
| Signal Upgrades | 7 | $350,000 | 1 | $50,000 | 0 | $0 |
| Blue Bike Station | 1 | $60,000 | 1 | $60,000 | 0 | $0 |
| GoHub | 1 | $150,000 | 2 | $300,000 | 2 | $300,000 |
| RRFB (new) | 0 | $0 | 0 | $0 | 4 | $75,000 |
| **Resiliency** | | | | | | |
| Bioretention Areas | 23,232 sf | $929,280 | 0 | $0 | 0 | $0 |
| Stormwater Bump Out | | $0 | 0 | $0 | 20 | $884,600 |
| Solar Powered Heat Sensors | 4 | $2,400 | 4 | $2,400 | 4 | $2,400 |
| Silva Cells | 171 | $85,500 | 600 | $300,000 | 0 | $0 |
| **Bus Stops/Platforms** | | | | | | |
| Cool Bus Stop | 6 | $3,000 | 8 | $4,000 | 6 | $3,000 |
| Bus Platform | 0 | $0 | 0 | $0 | 8 | $2,400,000 |
| Bus Shelter/Shade Structure | 6 | $102,000 | 8 | $136,000 | 6 | $102,000 |
| Air Quality Sensors | 7 | $9,800 | 4 | 5,600 | 11 | 15,400 |
| Bus Stop Amenities | 6 | $60,000 | 8 | $80,000 | 6 | $60,000 |
| **Subtotal** | | **$3,261,235** | | **$3,498,260** | | **$11,038,515** |

Roxbury Public Library, Boston Central Adult High school, Refugee and Immigrant Assistance Center, James P. Trinity Middle School, Madison Park Technical Vocational High School, and Roxbury Community College, large retail such as the Washington Park Mall, as well as numerous neighborhood-serving businesses and food stores, such as Tropical Foods, Merkato, and Paradise Market.

# 3. GRANT FUNDS, SOURCES, & USES OF PROJECT FUNDS

## 3.1. PROJECT COSTS

The overall project is estimated to cost $33,997,896, including a design and planning process, construction, and contingency. Construction costs were based on a corridor concept (Figure 1-4 and 1-5) and MassDOT average unit costs generally from 2022 to reflect recent cost escalations. Quantity assessments were derived from the corridor concept designs for most of the largest items. Estimates for smaller items were based on total corridor length.

TABLE 3-2: RAISE FEDERAL AND NON-FEDERAL BUDGET PROPOSAL

| | Total | RAISE Request | Non-Federal City |
|---|---|---|---|
| **Construction Subtotal** | $17,798,010 | $17,798,010 | |
| **Contingency (30%)** | $5,339,403 | $1,067,880 | $4,271,522 |
| **Traffic Control (10%)** | $2,313,741 | | $2,313,741 |
| **Mobilization/Demobilizaton (10%)** | $2,313,741 | $1,634,109 | $679,632 |
| **Utility Relocations (Assume not required)** | $0 | | |
| **Construction Total** | $27,764,896 | | |
| **Right of Way (Assume not required)** | $0 | | |
| **Construction Inspection** | $3,000,000 | $3,000,000 | |
| | | | |
| **Total Construction Capital Cost** | $30,764,896 | | |
| **Capital Cost for Design Engineering** | $3,233,000 | $1,500,000 | $1,733,000 |
| **Project Cost/Allocation** | $33,997,896 | $25,000,000 | $8,997,896 |
| **Share of Project** | | 74% | 26% |

The cost estimates for bus platforms, including shelters and all associated MBTA amenities and security features, were derived from the recent MBTA Columbus Avenue project which uses the same platform design. Costs for drainage were based on assumed inlet spacing and required changes to inlet locations.

A high-level breakdown of costs by project component is shown in Table 3-1, while **a more detailed breakdown is contained in Attachment 5, Project Cost Estimate.** The two largest cost components are the reconstruction and repaving of 2.6 miles of roadway and the construction of the Green Stormwater Infrastructure Practices.

While the existing roadway surface on Melnea Cass Boulevard and part of Warren Street (Martin Luther King Jr. Boulevard to Blue Hill Avenue) can be milled and overlaid with new pavement, full depth reconstruction and regrading will be required for Malcolm X Boulevard and the remaining portion of Warren Street (Kearsage Avenue to Martin Luther King Jr. Boulevard) Roadway width changes necessitate removing and resetting curb, regrading, and changing drainage for the full length of each corridor.

Green Stormwater Infrastructure will include Silva Cell along Malcolm X Boulevard, bioretention swale along Melnea Cass Boulevard and stormwater bumpouts along Warren Street. Signal upgrades will be required along Melnea Cass Boulevard and Malcolm X Drive to support signal coordination, transit priority and improved pedestrian crossings. Other project costs include mobility upgrades such as Blue Bike Stations, GoHubs and Rapid Rectangular Flashing Beacons and Resiliency improvements such as Cool Pavement Coatings at bus stops, heat sensors at select bus stops, and bus shelters with shade structures and air quality sensors.

## 3.2. SOURCES AND USE OF FUNDS

The City of Boston has allocated $9M in local funds for this project. The City of Boston's Office of Budget Management has confirmed that the $9M in capital funds identified for this project are available and are not subject to any timing or match restrictions.

The federal RAISE grant request for this project is $25M. This would cover 74% of the project. The federal grant share is based on all project costs. The remaining 26% of costs would come from the City. **This Project is so important to the City that they are providing a 26% match even though it is not required due to the fact that the area is designated as HDC and APP.**

# 4. MERIT CRITERIA

## 4.1 SAFETY

**KEY IMPACTS:**

- *Intersections with protected bicycle movements, Leading Pedestrian Interval (LPI), reducing crossing distances, and high visibility crosswalks will reduce the likelihood of collisions with vehicles resulting in fewer injuries for this disadvantaged community*
- *Road diets will reduce traffic speeds and allow pedestrians and bus riders to cross the street more easily, including in an area that has seen five fatalities due to crashes in recent years based on Boston Vision Zero data*
- *Replacement of unbuffered bike lanes with protected facilities and introduction of new protected facilities will deliver transformative bicycle safety benefits*
- *Increase in tree cover and addition of green infrastructure and heat-mitigating design elements will protect health and safety of non-motorized travelers by reducing their heat exposure*
- *Strategies to capture, store and treat stormwater from these corridors improves the resilience of infrastructure by helping to reduce the effect of heavy precipitation events, which are projected to grow in intensity due to climate change*

According to the BTD analysis of City streets as part of Vision Zero Plan, Warren Street and Melnea Cass Boulevard are among the highest crash corridors within the City of Boston. As mentioned in Section 1, in the period from 2015 to 2021, there have been a total of five fatal crashes on the corridors. Melnea Cass Boulevard, in particular, has proven to be among the least safe for pedestrians and motorists.[2] The project will enhance bike and pedestrian experiences on all three corridors with an emphasis on Vision Zero safety elements to further City policy. The

FIGURE 4-1. CRASHES




Project **will slow traffic and improve access for people walking, biking, and rolling across all corridors, both by slowing motorized traffic and providing protected and higher-visibility paths for these vulnerable uses.**

Additional benefits will be realized by:

- Transit riders will benefit from **shaded waiting areas**
- Motorists via **signal phasing modifications intended to decrease angle-crash conflicts**
- Residents in Roxbury neighborhoods through **emissions reductions due to increased bus ridership** because of improved travel time and reliability from the Project
- Residents in Roxbury neighborhoods, people walking, rolling, and biking benefit from increased tree cover, landscaped bump outs, and "cool" pavement treatment at bus stops that will **reduce local "hot spots" and improve air quality**

2 Boston High Crash Network, Vision Zero Boston, 1/22/19.

- Pedestrians and bicyclists will benefit from **rapid flashing beacons and marked crosswalks improving safety at mid-block crossings**
- The inclusion of **protected bike facilities** will have a transformative safety benefit. Municipalities with protected bike facilities experience, on average, 44% fewer deaths and 50% fewer serious injuries across all user groups (not just bicyclists) than cities without such facilities.[3]
- According to the BCA, the addition of improved bike/ped infrastructure will result in an annual reduction of 0.31 fatal crashes per year and 17.96 injury crashes per year.

## 4.2. ENVIRONMENTAL SUSTAINABILITY

**KEY IMPACTS:**

- *Incorporation of zero emission vehicle infrastructure, such as Electric Vehicle (EV) charging station installation, will reduce transportation-related air pollution and greenhouse gas emissions*
- *Preservation and increase in tree canopy will provide natural air and water quality benefits*
- *Increase in beneficial green infrastructure elements and stormwater improvements will reduce flooding in high-risk areas*
- *Provision of additional green space and cool pavement technologies will reduce the effects of urban "hot spots" helping protect the health and safety of this disadvantaged community by reducing their exposure to heat risks, which can lead to excess morbidity and mortality*
- *Reducing the effects of heavy precipitation events reduces flood risk and flood-related damage to transportation-related infrastructure and other critical infrastructure*
- *High quality multimodal facilities will induce people to use these modes of transportation rather that drive, causing reducing vehicle miles travelled and thus carbon emissions*

Like many cities, Boston is facing the consequences of a changing climate, including extreme temperatures, sea level rise, heavy precipitation, and coastal storms. According to Climate Ready Boston, stormwater flooding already is projected to impact bus routes on Melnea Cass Boulevard and Orange Line rail lines between Tremont and Columbus Avenue. In fact, Melnea Cass Boulevard will be impacted by long-term flooding as noted in Figure 4-2.

The Project seeks to improve environmental sustainability and quality of life in this **underserved, overburdened neighborhood** through **focused interventions in three major areas: transportation, safety, and resiliency.** By **preserving and extending the tree canopy** and the addition of **key green infrastructure** within the public space, the Project will generate environmental, public health, and resiliency benefits: Specific strategies that the City will pursue include:

- **Planted medians, stormwater bumpouts, and silva cell treatments** will mitigate stormwater runoff and aid in filtration.
- Extend the useful life of the Project by reducing solar variation in temperature of road surfaces and flood-related damage
- **Promote energy efficiency and reduce the amount of air conditioning** used by vehicles on the road by reducing the intensity of urban heat exposure on the corridors
- **Preservation and addition of street trees** to provide shade and reduces the heat risk to residents. The additional tree canopy also helps to reduce air-borne, transportation-related pollutants like PM2.5 and PM10 that exacerbate health issues, which are known to disproportionately harm EJ communities[4].
- Reconstruction of roadways will be constructed **consistent with the Federal Flood Risk Management Standards.**
- Redesigning these corridors to **prioritize people walking, biking, and taking transit**

3 Marshall, W. & N. Ferenchak. "Why Cities with High Bicycling Rates are Safer for All Road Users." Journal of Transport and Health. Vol. 13 (June 2019).

4 Union of Concerned Scientists, Inequitable Exposure to Vehicle Pollution, MA

FIGURE 4-2. STORMWATER FLOODING




will **reduce the release of criteria air pollutants** from private vehicle travel. At the regional level, by increasing the performance of the transit network, this project will reduce transportation-related environmental impacts associated with the City's growing economy.

- **Installing infrastructure for EV charging in the public right of way,** which will promote this greener choice for others while supporting existing EVs.

These improvements will help the community realize the following benefits:

- The proposed bioretention swale along the southern edge of **Melnea Cass Boulevard** will manage the stormwater from the southern half of roadway and the proposed 5' bike path. The management of this 2.7 acres of impervious surface will significantly reduce potential roadway flooding. The Project also proposes silva cell pods on the northern side of the street.
- There are 20 stormwater bumpouts proposed for **Warren Street**. Each bumpout will treat approximately 0.25 acres of impervious surface for a total of 5 acres of managed impervious surface. The stormwater bumpouts will support significant vegetation that will be an air quality benefit and reduce heat island effects in the area.
- Along **Malcolm X Boulevard** a band of Silva Cells is proposed which will provide storage for stormwater and contribute to tree growth. As a result of the Silva Cells the trees will grow faster with a larger canopy which will increase their potential for managing stormwater and provide much needed shade.

## 4.3. QUALITY OF LIFE

**KEY IMPACTS:**

- *Increased access for people walking, biking, rolling, and taking transit in this underserved community, including "last-mile" connections to the MBTA's rapid transit network*
- *Resiliency infrastructure investments related to reducing wind and providing shade (e.g., trees, shelters, awnings, et al) can help increase comfort and reduce barriers of access to non-car modes*
- *Investments in these corridors represent investments in the heart of Boston's Black community, near key community assets*

**The Roxbury Corridors are central to the vibrancy of the Roxbury neighborhood** and are home to many community assets such as community centers, minority-owned businesses, youth centers, artist communities, historic homes, and recent immigrant communities from Caribbean, Cape Verde, and Latin America. After decades of disinvestment following urban renewal and redlining of the Roxbury neighborhood in the 1960s, **the community will benefit from the increased investment in critical transportation infrastructure that serves the neighborhood needs** and provides connections to the larger regional transportation

network. The planning for the Project seeks to correct long-term inequities to implement this Project with **proactive community engagement.**

As noted on Table 4-1, the Census Tracts EJ Screen Analysis, most residents within the Project Area are low-income, people of color, and rely more heavily on transit and active modes of transportation in commuting to work than state and national averages. It is notable that Roxbury residents, even with lower rates of car ownership, relied less on walking for commuting compared to the Boston average suggesting that jobs are often located farther from their homes or that pedestrian facilities are lacking and discourage use. Neighborhoods along the corridors are "High" to "Highest" along a Social Vulnerability index, particularly along Warren Street and Melnea Cass Boulevard (Figure 4-3).

The Project will improve the quality of life of residents in a number of ways, including:

- Safer connections to bus and rapid transit, **enhancing residents' connection to major employment centers, vital healthcare institutions, retail sites,** and other critical destinations at the regional level.
- Increase in tree canopy, green infrastructure to increase health and safety of area residents and provide **cooling benefits and additional street buffer** for all users.
- **Reducing the effects of high heat days,** which in turn reduces the amount of fatigue associate with travel during hotter days, helping **more people to choose walking, rolling, and biking to community destinations**.
- A new center line Bus Priority Corridor along Warren Street and a Bus Priority Corridor on Malcolm X Boulevard provides **premium transit service for residents.**
- Landscaped bump outs, protected crossings, and improved mid-block crossings with rapid flashing beacons increase **safety for non-motorized travelers.**

## 4.4. IMPROVED MOBILITY AND COMMUNITY CONNECTIVITY

**KEY IMPACTS:**

- *Universal Design features for all elements of the project including sidewalks, curbs, bus shelters, and pedestrian signalized crossings*
- *Project components that mitigate the effects of extreme heat and heat gain for the transportation infrastructure along these corridors will increase use by non-motorized travelers maintaining their comfort and reducing fatigue*
- *Improved crossings will knit community streets together, as opposed to today when these corridors act like barriers.*

FIGURE 4-3. SOCIAL VULNERABILITY




Map generated from vision zero data (apps.boston.gov/vision-zero/). Included in the social vulnerability are: people of color, limited english proficiency, low to no income, people w/ disabilities, older adults (age>65), children (age <5), and people w/medical illness.

TABLE 4-1: EJ SCREEN[1] ANALYSIS OF THE CENSUS TRACT

| Demographic Indicators | Project Area | Boston | State | United States |
|---|---|---|---|---|
| *ALL CORRIDORS - CTS 801, 803, 804.01, 805, 806.01, 814, 817, 818, 819, 820, 821* | | | | |
| People of Color Population | **87%** | 55% | 32% | 42% |
| Low Income Population | **54%** | 34% | 22% | 31% |
| Linguistically Isolated Population | **19%** | 17% | 9% | 8% |
| Population with <HS Degree | **19%** | 12% | 9% | 12% |
| Population < 5 years of age | **7%** | 5% | 5% | 6% |
| Population > 64 years of age | **11%** | 12% | 16% | 16% |
| *KEY TRANSPORTATION CHARACTERISTICS* | | | | |
| Public Transportation Commute Share | **41%** | 33% | 10% | 5% |
| Walk/Bike/Other | **14%** | 22% | 13% | 11% |
| Zero Vehicles Available | **30%** | 23% | 6% | 4% |

1 US Environmental Protection Agency's environmental justice (EJ) mapping and screening tool; based on nationally consistent data, combines environmental and demographic indicators in maps and reports.

The three corridors are all challenged by a lack of safe pedestrian and bicycle accommodations. Figure 4-4 illustrates only limited portions of the corridors have bicycle lanes and Melnea Cass Boulevard only has one bicycle trail on the northern side, which is disconnected from the rest of the Roxbury neighborhood to the south. The Nubian Square Design Project will include a range of improvements for: traffic and parking; buses, pedestrians, and bicycles but does not yet extend these improvements along Malcolm X Boulevard and Warren Street. In addition, the majority of the corridors do not have ADA-accessible curb ramps at street crossings further hindering accessibility to individuals with limited mobility.

**Project Universal Design Features:**

- *Wide sidewalks and pathways*
- *Shaded bus shelters*
- *Micro parks and areas off main paths for respite*
- *Well-lit and consistent lighting*
- *Green infrastructure including street trees and bioswales to reduce heat, buffer street noise, and reduce glare*
- *Upgrade intersections with audible warnings*

The Project will enhance pedestrian and bicyclist connectivity, access, and safety along corridors home to **numerous schools and libraries, community centers for every stage of life, grocery stores, cultural and entertainment sites, and centers of learning and worship**. This in turn encourages thriving communities where people can **work, live, and play without a car**.

The project will proactively incorporate the latest in **Universal Design**, including targeting improvements at intersections and bus stops. This includes use of **detectable warning strips, audible crossing cues, and pedestrian-level lighting**. At bus stops, specific improvements include **level boarding platforms, tactile cues, consistent use of color, and audible passenger announcements**. In addition, the Project provides these additional community connectivity benefits:

- **Safe pedestrian and bicycle connections** from the Melnea Cass Greenway trail to the rest of Roxbury to the south

"*Warren Street needs crosswalks!*"

Roxbury Resident

- **Reconstructed sidewalks including ADA-accessible curb ramps**
- **Connections between the BTD transportation improvements** currently under construction at the Nubian Square area and the three corridors
- Dedicated bus lanes and a two-way cycletrack on Malcolm X Boulevard turning this arterial into a **multimodal arterial** that allows people to access transit at Nubian Square and Roxbury Crossing
- **Expansion of the City's BlueBike bike share** program to locations on the corridors providing greater access to bicycling to residents for transportation and recreation
- **Designated carshare spaces near proposed transit via GoHubs will** expand residents' access to all modes of transportation (see Section 4.8 for more information on GoHubs)
- **Safer mid-block crossings** with cross walk lane markings and rapid flashing beacons helping to provide safe cross-neighborhood connections along the corridors

## 4.5. ECONOMIC COMPETITIVENESS AND OPPORTUNITY

**KEY IMPACTS:**

- *Speed and reliability gains provide bus service that is faster, more reliable, more frequent, and less crowded*
- *Better connections to the Rapid Transit Silver and Orange lines*
- *Improves the streetscape and pedestrian environment supporting local businesses and supports revitalization of three corridors and two Opportunity zones*
- *Provides residents with better connections to educational, training, and workforce development opportunities such as Roxbury Community College, MassHIRE Boston Career Center, and Madison Park Technical Vocational High School*

FIGURE 4-4. EXISTING BICYCLE FACILITIES




Today's corridors serve as barriers to connectivity, from measurable threats such as crashes to qualitative issues such as heat and roadway width. However, area residents are highly reliant on transit for access to jobs and activities. Further, the area is one of lower-income residents, for whom owning a vehicle is likely a large financial burden. However, **the built environment is not friendly to other modal choices besides driving, despite the expense.**

The Project will transform these corridors to contribute to the local economy. The design will be safer and more convenient for residents and visitors to walk and bike between destinations, **improving the viability of local small businesses**. People will be able to use the corridors as "last-mile" connections to the rapid transit network, fostering a **realistic and affordable commute to larger job centers for many.** Finally, the Project will reduce risk of travel delays due to roadway flooding.

By providing improved service speeds through dedicated bus lanes and improved bus shelters, the project will save riders between 1 and 5 minutes on each peak period trip, thereby affording lower-income riders needed time for other important tasks. With the additional trips enabled through time savings, commuting burdens on this Environmental Justice community will be further reduced. Not only will passengers spend less time commuting, but buses will also come more often, more reliably, and will be less crowded. This, in turn, will **increase the reliability of the bus, resulting in less reliance on personal vehicles and a savings in vehicle operating costs.** In addition, the Project leverages Boston's free bus initiative on MBTA Bus 23 and 28 to encourage bus ridership and reduce the economic impact of transit costs for the City's low-income population.

All MBTA bus lines serving the three corridors provide direct access to an Orange Line Rapid Transit Station. Since the Rapid Transit system already provides superior access to the region's employment centers, t**his Project will enable quicker and safer connections to rapid transit.** The dedicated bus lanes and bicycle lanes will improve access to job centers. **In the first full year of benefits, the project will save corridor users over 362,700 hours and decrease VMT by 1,022,000 miles, with $60.4 M in cumulative benefits over the BCA's 20-year lifecycle (Table 4-2).**

The corridors are home to thriving local small businesses, with a high proportion of minority-owned businesses. While the businesses have struggled like many others during the pandemic, the Project will have a beneficial impact by **improving the overall streetscape and encouraging local patrons**. In addition, two Qualified Opportunity Zones-an economic distressed community where new investments, under certain times, may be eligible preferential tax treatment, lie within the corridors (Figure 2-1).

**Three departments within the City are actively engaged in an initiative to spark economic development and business growth opportunities, as well as improve existing businesses.** While this revitalization effort includes near-term strategies to support existing establishments (e.g., storefront improvement grants), it is primarily oriented toward sustaining the long-term health of the corridor by encouraging growth that aligns with community values. The following bullets detail this ongoing multi-departmental effort.

- **Office of Economic Development**—Identifying business opportunities for aspiring business owners and the community's preferences for new commercial and mixed uses on 30 City-owned parcels totaling 94,120 square feet
- **Department of Neighborhood Development**—Providing assistance in exploring financing for mixed-use (commercial and residential) projects by leveraging City's access, funding, and experience
- **Boston Planning and Development Agenc**y—PLAN Nubian Square - Currently underway, this planning effort will create a road map for a streamlined implementation plan for publicly-owned (City/BRA/State) and vacant privately-owned parcels
- **The Boston Economic Development Cabinet** - Promotes inclusive economic growth, ensuring that Boston residents, women, and people of color share in Boston's prosperity.

Additional benefits for encouraging economic vitality and equity include:

- **Streetscape improvements** to the public realm along the commercial areas of Project Area will help to generate additional foot and pedal traffic to the area
- City of Boston's **Equitable Procurement Procedures will ensure that project-related procurements encourage the hiring of minority-owned, woman-owned, veteran-owned business to help build wealth in economic distressed areas of Bosto**n

The City of Boston is taking proactive measures to ensure **equitable contracting policies** through the Boston Economic Development Cabinet including FY22 investments such as:

- $750,000 to launch the Boston Contracting Opportunity Fund, helping small businesses

TABLE 4-2 ESTIMATED TRAVEL TIME AND VEHICLE OPERATING COST SAVINGS BENEFITS

| Benefit Category Annual | First Full Year of Benefits | | Project Life Cycle | |
|---|---|---|---|---|
| | Annual Quantity | Discounted (7%) | 20-Year Quantity | Discounted (7%) |
| Travel Time Savings (Person-Hours) | 363,000 | $6,456,000 | 6,982,000 | $57,608,000 |
| Vehicle Operating Cost Savings (VMT) | 1,022,000 | $460,000 | 19,673,000 | $2,833,000 |
| Economic Competitiveness Benefits | | $6,916,000 | | $60,441,000 |




The City's Route 28 Fare-Free Bus Pilot project was a success, with increased ridership and significant savings in dwell time for riders. The City has since expanded the program to include several routes that run on the Roxbury Resilient Transportation Corridors.

build capacity to bid for City contracts

- $250,000 for enhanced technical assistance to help small businesses through the certification process
- Funding for workshops on insurance and bonding

## 4.6. STATE OF GOOD REPAIR

The existing conditions of the ramps, sidewalk,

**KEY IMPACTS:**

- ***Reducing the intensity of urban "hot spots" along the corridors can improve the resilience of at-risk infrastructure and extend its useful life by reducing solar variation in temperature of road surfaces and other benefits that increase resilience against extreme heat***
- ***Providing stormwater and green infrastructure to reduce stormwater flooding will help to extend the life of the project by mitigating physical damage from flooding***
- ***Reconstruction of portions of the corridors, and mill and overlay for the remaining portions will prolong the project lifespan, and improves bicycling and vehicle operations***

and pavement along the three corridors is described below and reveals **sub-standard conditions that require more maintenance today than new reconstructed facilities will require following the implementation of this project.** This net decrease in ongoing Operations and Maintenance expenses is reflected in the negative ongoing costs in the BCA analysis.

**Melnea Cass Boulevard:**

- **Ramps:** 91% of the ramps on Melnea Cass Boulevard are non-compliant
- **Sidewalks:** Sidewalks are in fair condition with a Sidewalk Condition Index (SCI) of 73
- **Pavements:** 94% of the pavement area for

Melnea Cass Boulevard is in fair condition of 52. It is on the verge of deteriorating into poor condition and requiring resurfacing in the next few years.

**Malcolm X Boulevard:**

- **Ramps:** 93% of the ramps on Malcolm X Boulevard are non-compliant
- **Sidewalks:** Sidewalks are in good condition with an SCI of 83
- **Pavements:** 88% of the pavement area for Malcolm X Boulevard is in good condition with a Pavement Condition Index (PCI) of 87. 12% of the pavement area (from Roxbury Street to Washington Street) is in poor condition and needs to be resurfaced.

**Warren Street:**

- **Ramps**: 88% of the ramps on Warren Street are non-compliant
- **Sidewalks:** Sidewalks are in good condition with an SCI of 85
- **Pavements:** 25% of the pavement area for Warren Street is in good condition with a PCI of 88, 25% of the pavement is in fair condition with a PCI of 69, and 50% of the pavement is in poor condition with a PCI of 36 and needs to be resurfaced. The two stretches of poorest condition pavements are from Whiting Street to Quincy Street on the Northbound lanes, as well as from Deckard Street to Blue Hill Avenue.

This project will ameliorate the non-compliant and sub-standard conditions along these three corridors.

In addition to maintaining the performance of the infrastructure along the Roxbury Corridors in a state of good repair, **it's critical to invest in and modernize the assets to be prepared for the impacts of climate change, so that the same or better level of service can be provided, and more climate friendly modes can be prioritized.** Furthermore, by increasing travel by climate friendly modes (bus transit, walking/rolling, and biking) this project will help to reduce single occupancy vehicle traffic thereby reducing wear and tear on roads from personal vehicle use.

**The City of Boston has the necessary equipment and budget to maintain this infrastructure once it is reconstructed.** In addition to standard snow removal, the addition of bioswales and green infrastructure will require yearly inspection and period maintenance but is anticipated to reduce costs related to stormwater flooding and related damage, resulting on overall net decrease in ongoing costs.

## 4.7. PARTNERSHIP AND COLLABORATION

**KEY IMPACTS:**

- *The Project includes and prioritizes a community-driven planning process to garner robust public support*
- *BTD's collaboration with the Boston Office of Economic Development and the Economic Development Cabinet, will ensure private sector entities, particularly Disadvantaged Business Enterprises, have opportunities to be involved and benefit from the Project (see Section 4.5. Economic Competitiveness and Opportunity for further details)*
- *The City has succesfully partnered with other relevant agencies such as MassDOT and MBTA on previous projects*

The City of Boston will complete the Project using a consensus-based approach. The City will continue its partnership with MBTA, including on the state-of-the-art bus priority improvements. The City will partner with MassDOT to coordinate this project with other area roadway reconstruction projects as needed. The signal modernization project on Warren Avenue is currently under construction. In addition, **a robust planning and engagement stage of the project is planned. This will include a diverse range of stakeholders such as:**

- **Nubian Square Main Street**
- **Grove Hall Main Street**
- **Madison Park Technical Vocational High School**

- **Roxbury Community College**
- **Friends of Melnea Cass Boulevard**
- **WalkBoston**
- **LivableStreets Alliance**
- **Roxbury in Motion**
- **Artists for Humanity**
- **TransitMatters**
- **Yawkey Boys & Girls Club of Roxbury**
- **Boston Cyclists Union**

## 4.8. INNOVATION

**KEY IMPACTS:**

- *Addresses equity as a principal project concern by integrating heat and stormwater resilience into the project design serving this environmental justice neighborhood experiencing the disproportionate impacts of climate change*
- *Incorporating innovative technologies like heat and air quality sensors will provide real-time data allowing project partners to improve environmental conditions for this disadvantaged community*
- *The use of GoHubs! with real-time bus arrival information and available transit options will increase reliability and use of transit and multimodal options by residents*
- *On-street EV charging at GoHubs! will expand Boston's EV network and increase its public visibility*

As noted in Section 4.2, Environmental Sustainability, Boston is facing the consequences of a changing climate, including extreme temperatures, sea level rise, heavy precipitation, and coastal storms. Roxbury residents surrounding these Corridors suffer from above average heat indexes and poorer air quality due to a combination of sparse tree canopy and large expanses of asphalt. These residents also are more reliant on non-auto transportation to commute to work than the City and state average (see Table 4-1).

The Project uses technology in innovative ways (e.g. bus stop heat sensors, air quality sensors, and cool pavement) to enhance safety, reduce the effects of climate change, increase access to transit, and enhance resilience for this Environmental Justice community.

The Project includes the following technological innovations to upgrade the comfort and quality of bus shelters while providing real-time data to evaluate environmental conditions over time:

- Application of **cool coatings** to pavement on bus stop waiting areas will reduce the heat absorption properties of asphalt, concrete, and other pavement materials
- Installation of **air quality sensors** at bus shelters to monitor pollutants, such as PM and N02, will allow the City to understand and monitor the impacts of transportation-related pollutants on these corridors.
- **Heat sensors** will monitor "hot spots" and high heat indexes

Heat sensors will allow the City of Boston to collect the necessary information on the experiences of hotter neighborhoods to inform broader operational and physical approaches to respond to extreme heat both today and in the future. The data also helps to measure trends over time and effects of the Project interventions responding to heat.

In the summer of 2021, the City of Boston launched a pilot program in East Boston, installing GoHubs! in eight locations. **This Project includes expansion of the GoHubs! to Roxbury for the first time.** The use of Go Hubs with EV charging stations located at each of the three corridors will enable the Roxbury

**Project Design Innovation Features:**

- *Heat sensors*
- *Air Quality Sensors*
- *Cool coating*
- *Go Hubs*
- *On-street EV charging*
- *Smart Signal Corridors*
- *Cool Bus Stops*

community to have access to a greater range of transportation alternatives including:

- **Kiosk** with real time bus arrival information/ transportation options
- **Bicycle parking racks** (capacity 4-8)
- **Car share spaces** (1-2)
- **EV charging stations** (1-2)
- **Smart benches** with Wi-Fi and personal device charging (1)
- Improved pedestrian safety, greening, and placemaking

Integrating heat and air quality sensors as part of the Project allows the City to monitor improvements over time, track the effects of the Project's investments on delivering on resilience and equity goals in environmental justice communities, and better define the value proposition of resilience investments to determine which have more cost-effective performance over time.

Integration of smart and adaptive materials, such as cool pavement at all corridor bus stops, will also facilitate cooling for local residents, which use transit at a higher rate than the City average. Cool pavement coatings can also help to extend the life of pavement by lowering surface temperatures.




The City's pilot GoHub! Implementation in East Boston includes several innovative mobility elements.

# 5. PROJECT READINESS: ENVIRONMENTAL RISK

The City of Boston administers and manages millions of federal dollars from various federal agencies including the US Department of Housing & Urban Development and the US Federal Highway Administration through its partner MassDOT.

Previously, the City was awarded and successfully implemented a $15.5 million TIGER grant, delivering the Connect Historic Boston project on time and on budget. Additionally, the BTD has worked in partnership with the MBTA to **implement successful transit priority corridors,** including two projects within the City of Boston in 2019. The BTD has well-developed financial accounting and audit controls in place to effectively manage Federal Highway Administration (FHWA) funds.

Thus, the City and its partners possess the technical experience to undertake this project, the practical experience (and legal capacity) to ensure that it meets state and federal requirements and that legal remedies are sought for noncompliance with specifications and/ or construction deadlines, and the financial capacity to carry out this project to completion.

## 5.1. PROJECT SCHEDULE

As indicated in Section 1.3, the final design is scheduled to be completed in April 2026, with bidding and contracting taking place in August 2026 - in advance of the statutory deadline of September 30, 2026 for obligation of funds. This aggressive timeline is possible because of the lessons learned by (and partnership between) the BTD's Transit Planning team and MBTA's Transit Priority team while jointly delivering on several bus lane projects in the last two years. In addition, previous planning and design work completed for Melnea Cass Boulevard will be invaluable in completing the revised plan for this

portion of the project, helping to expedite the process even further.

See Figure 1-6 Project Schedule which provides details on milestones include State and local planning approvals, start and completion of National Environmental Policy Act (NEPA) environmental reviews, and approvals including permitting; design completion; approval of plans, specifications and estimates; procurement; state and local approvals and construction. **No right-of-way acquisitions are required for this Project.**

## 5.2. REQUIRED APPROVALS

The environmental permitting and approval process for this project is straight-forward because the project is contained within the existing curbs of an urban roadway. The primary vertical elements, shelters and signage would be located along the roadways thereby limiting visual effects to the surrounding area. It does not have potential to affect natural resources or to adversely affect historic properties, Section 4(f) resources, or EJ populations. In fact, the Project will result in an improvement of natural resources and water quality through the extensive green infrastructure planned to minimize stormwater flows and improve water quality. There will also be no trees removed as a result of the project. **No federal environmental permits and no state or local environmental permits or approvals are anticipated to be required.**

Federal environmental approvals for construction of this project would be required under the NEPA and Section 106 of the National Historic Preservation Act (Section 106). **It is expected that the FHWA would approve a c-list Categorical Exclusion, as this project that would take place entirely within the existing operational right-of-way (23 C.F.R. §771.118 (c)(12)).** A c-list Categorical Exclusion does not require documentation and normally requires a simple administrative approval.

In addition, the Project would not require approvals under the Massachusetts Environmental Policy Act as the project consists solely of an "internal or on-site roadway."[5] In addition, no other thresholds for environmental review would be triggered by the Project.

As part of the community engagement process, **BTD will maintain a continually updated project website and plan for significant community engagement with Roxbury's environmental justice community.** BTD will implement an integrated environmental justice outreach plan, which will include a series of in-person engagement opportunities scheduled at a variety of times and locations to allow for flexible participation. To increase community participation, the strategy will be to hold in-person engagement at neighborhood centers and popular destinations. In addition, BTD will plan to include translated materials of project information and have interpreters available at project information meetings/open houses or by request.

## 5.3. ASSESSMENT OF PROJECT RISKS AND MITIGATION STRATEGIES

The environmental risks for the Project are minimal. Relatively limited historical preservation for the project lends itself to a **streamlined Section 106 process.** The City of Boston has experience in the Section 106 process for similar projects in Boston. It is expected that documentation, FHWA coordination, and State Historic Preservation Officer (SHPO) consultation can be completed in 90 days from the availability of information on the location and dimensions of roadway improvements, shelters and signage. The City of Boston will provide documentation required to support the FHWA in Section 106 consultation with the Massachusetts Historical Commission, which serves as the SHPO. The Project Area is located within or adjacent to the National Register-listed Dudley Station Historic District, Crawford Street Historic District (residential district), Moreland Street Historic District, and contains numerous properties currently listed in the National Register of Historic Places are proximate to or within the project area. However, it is expected that the project's effects to historic properties would not be adverse.

5 301 CMR 11.00: MEPA Regulations.

**It is not anticipated that the FHWA will determine that there is a Section 4(f) Use of the USDOT Act.** It is possible that the current trail along Melnea Cass Boulevard, which is the paved trail along its northern boundary, could be considered a Section 4(f) property. However, the trail is "primarily used for transportation and is an integral part of the local transportation system." Under this criteria, the trail could be considered exempt from Section 4(f). As Project will improve the recreational use of this property, it is anticipated if a Section 4(f) determination is made, it would result in a de minimis determination, which require no further action. Should a Section 4(f) determination be required, the City would provide FHWA with the documentation necessary to support issuing a determination.

## 5.4. TECHNICAL CAPACITY

**The City possesses the technical experience to undertake this project, the practical experience (and legal capacity) to ensure that it meets state and federal requirements and that legal remedies are sought for noncompliance with specifications and/or construction deadlines, and the financial capacity to carry out this project to completion.**

The BTD has the accounting financial and audit systems in place and has substantial experience effectively managing large federal grants and executing large-scale transportation projects. As mentioned earlier, the BTD was the recipient of a $15.5 million federal TIGER grant for the design and construction of its Connect Historic Boston initiative, a series of pedestrian and bike path improvements in downtown neighborhoods. **The project was completed in 2015 on time and within budget.**

The City accesses private sector expertise, through short turn-around General Engineering Contracts, to develop plans that are then implemented by its Department of Public Works (DPW), who can rapidly construct the designs at a reduced cost. As the ultimate controller of the right-of-way in question, the City leads concurrent public outreach efforts during design, which allow for quick resolution to issues raised by local residents and business owners that might otherwise derail a project's path toward implementation. The City's emphasis on merchant-oriented outreach, with a focus on door-to-door solicitations, has helped the City and MBTA to understand individual businesses' loading and delivery needs along corridors with high demands for curb space, thereby garnering further public support.

# 6. BENEFIT-COST ANALYSIS

A benefit-cost analysis was conducted for the Roxbury Resilient Transportations Corridor for submission to the USDOT as a requirement of this discretionary grant application. As detailed in Attachment 3, Benefit-Cost Analysis Report, the analysis was conducted in accordance with the methodology outlined by USDOT in the March 2022 Benefit-Cost Analysis Guidance for Discretionary Grant Programs. The period of analysis corresponds to 26 years, including seven years of planning, design, and construction (2022 – Fall 2028) and 20 years of benefits beginning in fall 2028 through the end of 2047. The capital cost for this Project is expected to be $34 million in undiscounted 2022 dollars. As shown in Table 1-3, these costs are $20.89 million in 2020 dollars when discounted at seven percent. **The final BCR of 5.79 and NPV of $103 M indicate that the Roxbury Resilient Transportations Corridor project will generate a significant return on investment, with respect to safety, quality of life, mobility amenities and comfort, and environmental sustainability for the local communities along the project corridors.** The full analysis is contained in Attachment 3, Benefit-Cost Analysis Report. Calculations are shown in Attachment 4, BCA Modeling Spreadsheets.


100
Malcolm X Blvd.
ROXBURY BRANCH
THE Heart & Soul OF ROXBURY
Nubian Square
Martin J. Walsh, Mayor
Parking 2 Hour Limit
BLACK MARK
Almany Market
ATM - FRUIT - VEGETABLES - FOOD STAMP - LOTTERY