# EXHIBIT C

**U.S. Department of Transportation**

1200 New Jersey Avenue SE
Washington, DC 20590

**Project Name: Roxbury Resilient Transportation Corridors**
**Applicant: City of Boston**
**RAISE Grant Funding:** $20,000,000 - This award is less than the $25,000,000 requested because the project sponsor will complete the original project scope through additional non-RAISE funding contributions, as documented in a confirmation email.
**Estimated Total Project Costs:** $33,997,896
**Project Description:** This project will reconstruct and upgrade three corridors in the Roxbury neighborhood of Boston, including a 0.88-mile section of Melnea Cass Boulevard; a 0.46-mile section of Malcolm X Boulevard; and a 1.28-mile section of Warren Street. The project will construct dedicated bus corridors, including with a center running dedicated bus lane, new sidewalks, bus shelters, separated bicycle facilities, intersection improvements, green infrastructure, stormwater improvements, and resiliency features.

**Congratulations!** The project above was selected to receive an FY 2022 RAISE grant.

The USDOT Operating Administration overseeing your project will contact you in September regarding next steps to complete the relevant requirements before executing a grant agreement.

This letter DOES NOT authorize the applicant to incur costs to carry out the project. The execution of the grant agreement will obligate RAISE grant funding, making it available to reimburse eligible expenses for the awarded project. Unless authorized by USDOT in writing, any costs incurred prior to that obligation of funds for a project (i.e., "pre-award costs") are ineligible for reimbursement and may be ineligible to count towards non-Federal match requirements. This letter DOES NOT authorize pre-award costs to be eligible. The Department expects all RAISE funding be obligated by September 30, 2026 and expended by September 30, 2031.

If you have any questions about this award, please contact the RAISE Grants Team at raisegrants@dot.gov

Sincerely,

John E. Augustine

John Augustine

Director, Office of Infrastructure Finance and Innovation
Office of the Secretary