# EXHIBIT D

**U.S. Department of Transportation**
Office of the Secretary of Transportation

Under Secretary for Policy

1200 New Jersey Avenue, S.E.
Washington, DC 20590

September 9, 2025

Vineet Gupta
Director of Policy and Planning
Boston Transportation Department
1 City Hall Plaza Room M35
Boston, MA 02201

Dear Mr. Gupta:

This letter provides notice that the U.S. Department of Transportation (Department or DOT) is withdrawing selection of your FY 2022 RAISE grant, awarded for the Roxbury Resilient Transportation Corridors project on August 11, 2022, effective immediately.

DOT's priorities presently include:

- promoting traditional forms of energy and natural resources to the greatest extent possible; and
- ensuring that taxpayer dollars are used efficiently in ways that maximally benefit the American people and improve their quality of life.

Having individually reviewed your grant in light of DOT's priorities, the Department has determined that your grant is inconsistent with the priorities listed above because of the project's inclusion of EV charging infrastructure. Specifically, your project proposes to install EV charging stations. Because your project no longer aligns with DOT priorities, the Department is withdrawing the selection of your project for a FY 2022 RAISE grant.

Regards,

Maria Lefevre
Executive Director
Office of the Under Secretary