# EXHIBIT F

City of Boston
Streets

October 8, 2025

M. Brandon Burns
Transportation Program Specialist
Federal Transit Administration
220 Binney Street
Cambridge, MA 02142-1093

Re: Response to September 9, 2025 Letter Rescinding FY2022 RAISE Grant

Dear Mr. Burns:

The City of Boston (the "City") is in receipt of the U.S. Department of Transportation's ("DOT") September 9, 2025 letter, which notified the City that DOT was withdrawing the selection of the City's FY2022 RAISE grant, awarded for the Roxbury Resilient Transportation Corridors project. The letter specifically cited the inclusion of installation of EV chargers in the grant as a basis for withdrawal.

In order to proceed with the Roxbury Resilient Transportation Corridors project, the City proposes that it remove EV charger installation from the project plan, thereby bringing the project into alignment with DOT's priorities.

As contemplated in the RAISE grant, the City estimates that the EV charger infrastructure represents a $24,000 cost of the Roxbury Resilient Transportation Corridors $20 million grant award. Based on this estimate, EV charger installation represents 0.129% of the project award. The City would eliminate this element of the project in order to ensure that DOT provides the remainder of the awarded funds.

The Roxbury Resilient Transportation Corridors project is an essential project that will result in improved quality of life for the thousands of people that travel within these active City corridors every day. The project aligns directly with DOT's priority of utilizing taxpayer dollars to maximally benefit the American people and improve their quality of life. Removal of the EV charger installation from the project will address DOT's concerns noted in the September 9, 2025 letter, allowing continuation of awarded funding that is central to this important project.

The City would be happy to discuss this matter further with its counterparts on the local level. Please let me know when we can proceed with a meeting.

Jascha Franklin-Hodge
Chief of Streets, Transportation, and Sanitation
City of Boston