# EXHIBIT G

**From:** Jascha Franklin-Hodge <jascha.franklin-hodge@boston.gov>
**Sent:** Friday, December 19, 2025 1:23 PM EST
**To:** Burns, Brandon (FTA) <michael.burns1@dot.gov>; Nicholas Gove <nick.gove@boston.gov>
**CC:** vineet.gupta boston.gov <vineet.gupta@boston.gov>; Maria Daniela Castillo <maria.castillocastillo@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>
**Subject:** Re: Response Letter - RAISE FY2022 - Roxbury Resilient Corridors

Hi, Brandon.

I wanted to let you and your colleagues know that I will be transitioning out of the City of Boston at the end of the year. Future correspondence can go to Interim Chief @Nicholas Gove, as well as Vineet and Maria.

We have not received any follow up communication from OST regarding our letter pertaining to the RAISE grant cancellation. Is there a person in OST who we could reach out to for follow up?

All the best,

-Jascha

----

**Jascha Franklin-Hodge** (*he/him*)
City of Boston

On Thu, Oct 9, 2025 at 1:46 PM Burns, Brandon (FTA)<michael.burns1@dot.gov> wrote:

> Good afternoon Jascha,
>
> I just wanted to circle back and let you know the U.S. DOT Policy Department under the Office of the Secretary is reviewing your letter and will be providing any follow-up.
>
> Thank you-
>
> Brandon
>
> **M. Brandon Burns**
>
> *Acting Director Planning and Program Development*
>
> Federal Transit Administration
>
> 220 Binney Street
>
> Cambridge, MA 02142-1093
>
> 860-221-5794
>
> brandon.burns@dot.gov
>
> ---
>
> **From:** Burns, Brandon (FTA)
> **Sent:** Wednesday, October 8, 2025 3:54 PM

**To:** Jascha Franklin-Hodge <jascha.franklin-hodge@boston.gov>
**Cc:** vineet.gupta boston.gov <vineet.gupta@boston.gov>; Maria Daniela Castillo <maria.castillocastillo@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>
**Subject:** RE: Response Letter - RAISE FY2022 - Roxbury Resilient Corridors

Good afternoon Jascha,

Thank you for sending the response letter and we will review with our office of program management and let you know if any questions or need additional information. Thank you to you and the team for all the efforts you have put into the project up until this point. We'll follow-up shortly.

Respectfully,

**M. Brandon Burns**

*Acting Director Planning and Program Development*

Federal Transit Administration

220 Binney Street

Cambridge, MA 02142-1093

860-221-5794

brandon.burns@dot.gov

---

**From:** Jascha Franklin-Hodge <jascha.franklin-hodge@boston.gov>
**Sent:** Wednesday, October 8, 2025 2:45 PM
**To:** Burns, Brandon (FTA) <michael.burns1@dot.gov>
**Cc:** vineet.gupta boston.gov <vineet.gupta@boston.gov>; Maria Daniela Castillo <maria.castillocastillo@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>
**Subject:** Response Letter - RAISE FY2022 - Roxbury Resilient Corridors

You don't often get email fromjascha.franklin-hodge@boston.gov.Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Mr. Burns:

Please see the attached letter in response to the grant cancellation notice we received on September 9th. We look forward to your review and response.

Respectfully,

-Jascha

----

**Jascha Franklin-Hodge**(*he/him*)
Chief of Streets, Transportation, and
Sanitation
City of Boston