# EXHIBIT H

**From:** Butler, Peter (FTA) <Peter.Butler@dot.gov>
**Sent:** Wednesday, January 21, 2026 8:58 AM EST
**To:** maria.castillocastillo@boston.gov <maria.castillocastillo@boston.gov>
**CC:** Nicholas Gove <nick.gove@boston.gov>; vineet.gupta boston.gov <vineet.gupta@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>; Muhlanger, Michelle (FTA) <Michelle.Muhlanger@dot.gov>; Burns, Brandon (FTA) <michael.burns1@dot.gov>
**Subject:** City of Boston- RAISE FY2022 - Roxbury Resilient Corridors

Maria,

There is no change to the status of the Roxbury Resilient Corridor project. As stated in the September 9, 2025, letter to Vineet Gupta, the project remains cancelled.

Sincerely,

Pete

Peter S. Butler
Regional Administrator
USDOT, Federal Transit Administration
Volpe Center, 220 Binney Street
Cambridge, MA 02142
(617) 494-2729

**From:** Maria Daniela Castillo <maria.castillocastillo@boston.gov>
**Sent:** Thursday, January 8, 2026 3:50 PM
**To:** Burns, Brandon (FTA) <michael.burns1@dot.gov>
**Cc:** Nicholas Gove <nick.gove@boston.gov>; vineet.gupta boston.gov <vineet.gupta@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>
**Subject:** Re: Response Letter - RAISE FY2022 - Roxbury Resilient Corridors

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Brandon,

Hope you're off to a great start of the year! I just wanted to follow up on Jascha's note and see if there are any updates or any next steps for us.

Thank you,
Maria

---

**From:** Jascha Franklin-Hodge <jascha.franklin-hodge@boston.gov>
**Sent:** Wednesday, October 8, 2025 2:45 PM
**To:** Burns, Brandon (FTA) <michael.burns1@dot.gov>
**Cc:** vineet.gupta boston.gov <vineet.gupta@boston.gov>; Maria Daniela Castillo <maria.castillocastillo@boston.gov>; Jen Rowe <jennifer.rowe@boston.gov>
**Subject:** Response Letter - RAISE FY2022 - Roxbury Resilient Corridors

You don't often get email fromjascha.franklin-hodge@boston.gov.Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Mr. Burns:

Please see the attached letter in response to the grant cancellation notice we received on September 9th. We look forward to your review and response.

Respectfully,

-Jascha

----

**Jascha Franklin-Hodge**(*he/him*)
Chief of Streets, Transportation, and
Sanitation
City of Boston