# DECLARATION OF GRAHAM PROVOST IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Graham Provost, hereby certify and state:

1. I am a Staff Attorney with Public Rights Project.
2. My business address is 490 43rd St., Unit # 115, Oakland, CA 94609. My business telephone number is (510) 224-3917. My email address is graham.provost@publicrightsproject.org.
3. I am admitted to practice law with the bars of the District of Columbia (No. 1780222), the District Court for the District of Columbia, the Eastern District of Michigan, the D.C. Circuit Court of Appeals (No. 66588), and the Fourth Circuit Court of Appeals. I am a member in good standing of the bars of all jurisdictions where I am admitted to practice.
4. I have not been suspended or disbarred in any jurisdiction and have no disciplinary proceedings pending against me.
5. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.
6. I have not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct.
7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2026.

_/s/ Graham Provost_
Graham Provost (DC No. 1780222)**
Staff Attorney
Public Rights Project
490 43rd St., Unit # 115
Oakland, CA 94609
(510) 224-3917
graham.provost@publicrightsproject.org

***Licensed in Washington, D.C. and the Eastern District of Michigan. Not licensed to practice law in California.*